IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CORNING INCORPORATED and ARTIFICIAL SENSING INSTRUMENTS ASI AG, <br><br> Plaintiffs, <br><br> v. <br><br> SRU BIOSYSTEMS, LLC, SRU BIOSYSTEMS, INC., and SRU BIOSYSTEMS HOLDINGS, LLC, <br><br> Defendants. | Civil Action No. 04- CV-11724-GAO <br><br> [Subpoena for Case No. 03-663-JJF in the District of Delaware] |

## CORNING INCORPORATED'S NOTICE OF ORDER AND MEMORANDUM ISSUED ON AUGUST 13, 2004 BY THE DELAWARE DISTRICT COURT

Enclosed as Exhibit 1 please find an Order and Memorandum Opinion issued on August 13, 2004, by the Delaware District Court in the underlying action denying a motion by SRU seeking reconsideration of the Court's Order granting Corning's motion to compel SRU to produce documents related to Becton Dickinson's offer to purchase SRU, that was filed with this Court on July 8, 2004. During the May 12, 2004 oral argument on Corning's Petition to Enforce its subpoena against Becton Dickinson, this Court indicated that it believed this motion pending in Delaware was relevant to the issues before it and requested that copies of the motion papers be provided to the Court. This was done on May 13, 2004. The Delaware Court's granting of Corning's Motion and now denying reconsideration is an express indication that the Delaware Court believes that documents related to Becton Dickinson's bid for SRU are relevant to the issues in the case. Accordingly, Corning respectfully renews its request that this Court order Becton Dickinson to produce the documents sought by Corning's subpoena as the documents have been determined to be relevant to the case and only this Court can provide the relief

Corning seeks with respect to the documents that are not in SRU's possession and, thus, not subject to the Delaware Court's order.

Respectfully submitted,

Date:   August 17, 2004

Kevin M. Littman (Bar No. 643285)
Fish & Richardson
225 Franklin Street
Boston, MA 02110-2804
Tel. (617) 542-5070
Fax (617) 542-8906

*Attorneys for Plaintiffs Corning Incorporated and Artificial Sensing Instruments ASI AG*

Of counsel:

Larry L. Shatzer
Foley & Lardner LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
(202) 672-5300 -- Telephone
(202) 672-5399 -- Facsimile

2

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the foregoing CORNING INCORPORATED'S NOTICE OF ORDER AND MEMORANDUM ISSUED ON AUGUST 13, 2004 BY THE DELAWARE DISTRICT COURT to be served upon counsel for Discovery Labware, a division of Becton Dickinson and Company, and Defendants on August 17, 2004 in the manner indicated below:

By First Class Mail:

John A. Krause
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY 10112-3800

By First Class Mail:

Patrick G. Gattari
McDonnell Boehnen, Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, IL 60606

By First Class Mail

John J. Cotter
Testa, Hurwitz & Thibeault, LLP
125 High Street
Boston, MA 02110

                                                Kevin M. Littman